■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS PILIER, Appellant. [608 NYS2d 901] —Judgment unanimously affirmed. Memorandum: The record establishes that the waiver by defendant of his right to appeal was knowing, intelligent and voluntary *(see, People v Callahan,* 80 NY2d 273; *People v Moissett,* 76 NY2d 909; *People v Seaberg,* 74 NY2d 1). Defendant has raised no "categories of appellate claims" that survive his waiver *(People v Callahan, supra,* at 280; *see, People v Myers,* 195 AD2d 1076). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Criminal Pos-

session Controlled Substance, 2nd Degree.) Present—Callahan, J. P., Pine, Fallon, Doerr and Davis, JJ.